IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LEE A. BEDFORD JR., | **8:22CV28** |
| Plaintiff, | |
| vs. | **MEMORANDUM AND ORDER** |
| MCNULLY,  STIGLER, LORI AUSTELL,  MILSTEAD, and DOUGLAS COUNTY DPT CORRECTIONS, | |
| Defendants. | |

On February 15, 2022, the court ordered Plaintiff to update his address with the court within 30 days or face dismissal of this action.  To date, Plaintiff has not updated his address or taken any other action in this matter.

IT IS THEREFORE ORDERED:

1.     This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders.

2.     The court will enter judgment by a separate document.

Dated this 18th day of March, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge